UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -v.-

BRIAN BENJAMIN,

        Defendant.

**ORDER**

S2 21 Cr. 706 (JPO)

Upon the application of the United States of America, by Assistant United States Attorney Jarrod L. Schaeffer, it is hereby ORDERED that the Superseding Indictment in this matter be unsealed.

Dated: New York, New York
      April 12, 2022

_____
HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK