End Time: 1:05 pm
Proceeding via: ☐ CourtFlow ☐ AT&T

DOCKET No. 21cr706　　　　　　　　　　　DEFENDANT Brian Benjamin

AUSA Alison Moe & David Abramowicz　　　DEF.'S COUNSEL James Gatta & William Harrington
　　　　　　　　　　　　　　　　　　　　☒ RETAINED　☐ FEDERAL DEFENDERS　☐ CJA　☐ PRESENTMENT ONLY
☐ _____ INTERPRETER NEEDED
　　　　　　　　　　　　　　　　　　　　☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5　☒ Rule 9　☐ Rule 5(c)(3)　☐ Detention Hrg.　　DATE OF ARREST 4/12/22　　☒ VOL. SURR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　TIME OF ARREST 5:55 am　　☐ ON WRIT
☐ Other: _____　　　　　　 TIME OF PRESENTMENT 12:56 pm

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE　　☐ DETENTION: RISK OF FLIGHT/DANGER　☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☒ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☒ $ 250,000　PRB　☒ 1　FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ N.D. Ga., E.D.Va & points of travel in between
☒ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☒ PRETRIAL SUPERVISION:　☐ REGULAR　☐ STRICT　☒ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS　☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION　☐ HOME DETENTION　☐ CURFEW　☐ ELECTRONIC MONITORING　☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT　[OR]　☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☒ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: FRP_____
_____; REMAINING CONDITIONS TO BE MET BY: 4/19/22

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**




☒ DEF. ARRAIGNED; PLEADS NOT GUILTY　　　　☒ CONFERENCE BEFORE D.J. ON 4/19/22 @11:30
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED　　　　　　　☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED　☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____　☐ ON DEFENDANT'S CONSENT

DATE: 4/12/22_____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.