AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-CR-706 (JPO) |
| Brian Benjamin | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brian Benjamin.

Date: 04/18/2022

/s/ Barry H. Berke
*Attorney's signature*

Barry H. Berke (BB1421)
*Printed name and bar number*

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
*Address*

bberke@kramerlevin.com
*E-mail address*

(212) 715-7560
*Telephone number*

(212) 715-7660
*FAX number*