UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>BRIAN BENJAMIN,<br><br>                    Defendant. | 21 Cr. 706 (JPO) |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned write respectfully to move the Court to withdraw as counsel to the defendant Brian Benjamin.  The basis for this motion is that Mr. Benjamin has retained Kramer Levin Naftalis & Frankel LLP to represent him going forward in the above-captioned case (*see* Docket Nos. 26 and 27).

Thank you for your consideration of and attention to this request.

Dated:  April 18, 2022

                                                                    Respectfully submitted,

                                                                    */s/ James D. Gatta*
                                                                    James D. Gatta
                                                                    William J. Harrington
                                                                    GOODWIN PROCTER LLP
                                                                    The New York Times Building
                                                                    620 Eighth Avenue
                                                                    New York, NY 10018
                                                                    Phone: (212) 813-8800
                                                                    jgatta@goodwinlaw.com
                                                                    wharrington@goodwinlaw.com

ACTIVE/116388410.1