UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

BRIAN BENJAMIN,

Defendant.

21 Cr. 706 (JPO)

---

## MOTION TO WITHDRAW AS COUNSEL

The undersigned write respectfully to move the Court to withdraw as counsel to the defendant Brian Benjamin. The basis for this motion is that Mr. Benjamin has retained Kramer Levin Naftalis & Frankel LLP to represent him going forward in the above-captioned case (*see* Docket Nos. 26 and 27).

Thank you for your consideration of and attention to this request.

Dated: April 18, 2022

> Granted.
> Attorneys William Harrington and James Gatta are hereby terminated as counsel for defendant Brian Benjamin.
>   So ordered.
>   4/18/2022

Respectfully submitted,

*/s/ James D. Gatta*
James D. Gatta
William J. Harrington
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Phone: (212) 813-8800
jgatta@goodwinlaw.com
wharrington@goodwinlaw.com

_____
J. PAUL OETKEN
United States District Judge

ACTIVE/116388410.1