

November 16, 2022

Joel Cohen
Direct Dial: 212.806.5644
jcohen@stroock.com

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     <u>United States v. Benjamin, No. S2 21 Cr. 706 (JPO)</u>

Dear Judge Oetken:

On behalf of our client, Gerald Migdol, we write to notify the Court that we intend to respond to Brian Benjamin's letter motion, dated Nov. 9, 2022 (ECF No. 68).  We therefore respectfully request the Court's permission to submit a limited response by November 22, 2022.

Respectfully submitted,

 /s/ Joel Cohen

Joel Cohen

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com