Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

*ELECTRONICALLY FILED*
*DATE FILED: 12/5/22*

Caption:
United States v.

Brian Benjamin

Docket No.: 21 Cr. 706 (JPO)
Hon. J. Paul Oetken
(District Court Judge)

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other |✓| Order granting in part motion to dismiss (Dkt. 76)
(specify)
entered in this action on December 5, 2022.
(date)

This appeal concerns: Conviction only |__|  Sentence only |__|  Conviction & Sentence |__|  Other |✓|

Defendant found guilty by plea |  | trial |  | N/A |✓| .

Offense occurred after November 1, 1987?  Yes |✓|  No |  |  N/A |  |

Date of sentence: _____  N/A |✓|

Bail/Jail Disposition: Committed |__|   Not committed |✓|  N/A |  |

Appellant is represented by counsel? Yes |✓| No |  |  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Barry H. Berke, Esq. / Dani R. James, Esq. / Darren A. LaVerne, Esq. |
| Counsel's Address: | 1177 Avenue of the Americas |
| | New York, New York 10036 |
| Counsel's Phone: | 212-715-9100 / -9363 / -9274 |
| Assistant U.S. Attorney: | Jarrod L. Schaeffer / Celia V. Cohen / Andrea M. Griswold |
| AUSA's Address: | One St. Andrew's Plaza |
| | New York, New York 10007 |
| AUSA's Phone: | 212-637-2270 / -2466 / -1205 |

_____
Signature