

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 6, 2022

**By ECF**

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Brian Benjamin*, S2 21 Cr. 706 (JPO)

Dear Judge Oetken:

    Yesterday, the Government filed a notice of appeal from this Court's order dated December 5, 2022, which granted in part the defendant's motion to dismiss as to Counts One through Three of the current indictment.

    Accordingly, the Government respectfully requests that the January 23, 2023 trial date (as well as any related pretrial deadlines) be adjourned *sine die* pending resolution of that appeal, and that all motions and related briefing currently pending before this Court be held in abeyance. Through counsel, the defendant consents to these requests.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney
    Southern District of New York

By:    /s/

    Celia V. Cohen
    Andrea M. Griswold
    Jarrod L. Schaeffer
    Assistant United States Attorneys
    Tel: (212) 637-2466 / -1205 / -2270

cc:  Counsel of Record (via ECF)