UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>BRIAN BENJAMIN,<br>                    Defendant. | 21-CR-706 (JPO)<br><br>OPINION AND ORDER |

J. PAUL OETKEN, District Judge:

    The January 23, 2023 trial is hereby adjourned *sine die* pending resolution of the government's appeal of this Court's opinion and order dated December 5, 2022. Pretrial filing deadlines are also adjourned pending that appeal. Currently pending motions and related briefing will be held in abeyance pending further order.

    SO ORDERED.

Dated: December 7, 2022
       New York, New York

                                                                              J. PAUL OETKEN
                                                                   United States District Judge