UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x

UNITED STATES OF AMERICA,

   - against -

BRIAN BENJAMIN,

              *Defendant.*

----------------------------------- x

No. S2 21 Cr. 706 (JPO)

## ORDER

J. PAUL OETKEN, District Judge:

    WHEREAS, on June 24, 2022, defendant Brian Benjamin emailed the Court certain pretrial motions with proposed redactions, including a notice of motion, a memorandum of law, a supporting declaration and exhibits, as well as a letter regarding sealing;

    WHEREAS, on June 24, 2022, defendant Brian Benjamin filed on the public docket redacted versions of his pretrial motions;

    WHEREAS, on July 8, 2022, having conferred with the government, defendant Brian Benjamin emailed the Court amended proposed redactions to his pretrial motions along with a letter regarding sealing;

    WHEREAS, on July 14, 2022, defendant Brian Benjamin filed his pretrial motions on the public docket with amended redactions;

    WHEREAS, on August 4, 2022, defendant Brian Benjamin emailed the Court a reply brief in support of his pretrial motions with proposed redactions and a letter regarding sealing;

    WHEREAS, on August 4, 2022, defendant Brian Benjamin filed a redacted version of his reply brief on the public docket;

It is ORDERED that unredacted copies of the following documents, previously emailed to and filed with the Court on the dates set forth above, shall be filed under seal:

a. Declaration of Barry Berke in Support of Defendant's Pretrial Motions, along with accompanying exhibits, (Dkt. Nos. 52 & 52.1-52.16);

b. Memorandum of Law in Support of Defendant's Pretrial Motions, (Dkt. No. 53); and,

c. Reply Brief in Support of Defendant's Pretrial Motions, (Dkt. No. 60).

Dated: December 15, 2022
New York, New York

_____
J. PAUL OETKEN
United States District Judge