

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 17, 2023

**By ECF**

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Brian Benjamin*, S2 21 Cr. 706 (JPO)

Dear Judge Oetken:

    On December 15, 2022, this Court so ordered a request by defendant Brian Benjamin that unredacted copies of his submissions filed in connection with his motion to dismiss—redacted copies of which were publicly filed as Doc. Nos. 52, 53, and 60—be filed under seal in order to facilitate the provision of such material to the U.S. Court of Appeals for the Second Circuit.

    Accordingly, out of an abundance of caution and for the reasons previously articulated in connection with the parties' filings, the Government respectfully requests that the Court likewise direct that an unredacted copy of its submission—a redacted copy of which was publicly filed as Doc. No. 54, and included redacted attachments 54-1 through 54-3—be maintained under seal and made available as necessary to the Court of Appeals.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney
    Southern District of New York

By:    */s/*
    Celia V. Cohen
    Andrea M. Griswold
    Jarrod L. Schaeffer
    Assistant United States Attorneys
    Tel: (212) 637-2466 / -1205 / -2270

cc:  Counsel of Record (via ECF)