

Elizabeth C. Milburn<br>
Direct Dial: 212.806.1257<br>
ecmilburn@stroock.com

October 17, 2023

**By ECF**

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>United States v. Gerald Migdol, S1 21 Cr. 706 (JPO)</u>

Dear Judge Oetken:

We represent Gerald Migdol in the above-referenced matter. Mr. Migdol has complied with all the requirements of the personal recognizance bond set by the Magistrate Judge at his arraignment. It limits him to travel in the Southern District of New York. He proposes to travel to and from Woodstock, New York in Ulster County, New York from October 27, 2023 to October 29, 2023 for which he herewith seeks approval of the Court. The government, by Assistant United States Attorney Jarrod Schaeffer, and Pretrial Services, by Officer John Moscato, have advised that they have no objection to this request.

Respectfully yours,

/s/ Elizabeth C. Milburn

Elizabeth C. Milburn


cc: All Counsel (via ECF)