UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

GERALD MIGDOL,

               Defendant.

21 Cr. 706 (JPO)

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, Elizabeth C. Milburn of Hogan Lovells US LLP respectfully moves this Court for an order granting leave to withdraw as counsel of record for Defendant Gerald Migdol in the above-captioned case.

Dated: New York, New York
       January 9, 2024

Respectfully submitted,

By: *s/ Elizabeth C. Milburn*
    Elizabeth C. Milburn
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, New York 10017
Tel: (212) 918-3000
Fax: (212) 918-3100
tina.milburn@hoganlovells.com

TO:

Counsel for All Parties
*By ECF*

Granted.
So ordered.
1/25/2024

_____
J. PAUL OETKEN
United States District Judge