

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 10, 2024

**By ECF**

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Brian Benjamin*, S2 21 Cr. 706 (JPO)

Dear Judge Oetken:

The Government, having conferred with Darren LaVerne, Esq., counsel for Brian Benjamin, respectfully submits this joint letter to the Court. On May 7, 2024, the parties submitted a joint letter regarding Benjamin's intent to file a petition for certiorari and proposing to submit a status letter to the Court on or before October 11, 2024. Benjamin has since filed his petition, and the United States is scheduled to file its response on November 8, 2024. The parties therefore propose to submit a further status letter to the Court on or before December 20, 2024. The parties further request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today through December 20, 2024, to permit the certiorari process to proceed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:  /s/
Celia V. Cohen
Assistant United States Attorney
Tel: (914) 993-1921

> Granted. The parties are directed to file a joint status letter by December 20, 2024. The Court hereby excludes time through December 20, 2024, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.
> So ordered:
> 10/11/2024

J. PAUL OETKEN
United States District Judge